# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NANCY USIGBE,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>MICHAEL PETRAMALA,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-01043-CDS-NJK<br><br>**ORDER** |

Defendant removed this case and filed an application to proceed *in forma pauperis*. Docket No. 1. Before addressing the application to proceed *in forma pauperis*, the Court will address potential jurisdictional deficiencies in the removal. *See* Fed. R. Civ. P. 12(h)(3).[1]

A removing Defendant must provide a "copy of all process, pleadings, and orders served upon such defendant" in the state court proceedings. 28 U.S.C. § 1146(a). Defendant did not provide those copies in this case, including most significantly a copy of the operative complaint. Moreover, Defendant did not file a copy of the answer or other response to the operative complaint.

Accordingly, Defendant is **ORDERED** to file copies of all process, pleadings, and orders from the state court action by June 26, 2024. Among other items, Defendant must file a copy of the operative complaint and a copy of his response to the complaint (whether as an answer or otherwise).

IT IS SO ORDERED.

Dated: June 12, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court cannot fully discern the jurisdictional picture at this point given Defendant's failure to comply with 28 U.S.C. § 1146(a). Once Defendant complies with that provision, the Court will then decide any additional action or inquiries to undertake.

1