# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NANCY USIGBE,

     Plaintiff(s),

v.

MICHAEL PETRAMALA,

     Defendant(s).

Case No. 2:24-cv-01043-CDS-NJK

**ORDER**

     Defendant removed this case and filed an application to proceed *in forma pauperis*. Docket No. 1. On June 12, 2024, the Court explained that Defendant had not complied with 28 U.S.C. § 1146(a), including not providing the Court with a copy of the underlying complaint. Docket No. 5. The Court also explained that providing that information is critically important given that the Court cannot fully discern the jurisdictional picture without such documentation. *Id.* The Court ordered Defendant to file copies of all process, pleadings, and orders from the state court action by June 26, 2024. *Id.* Defendant failed to comply with that order.

     Accordingly, Defendant is again **ORDERED** to file copies of all process, pleadings, and orders from the state court action with a new deadline set for July 9, 2024. **Failure to comply with this order may result in remand or the imposition of sanctions.**

     IT IS SO ORDERED.

     Dated: July 2, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1